IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JERRY NIXON, an individual, and APEX MOBILE MIX, LLC, a Washington limited liability company,

Plaintiffs,

v.

CITY OF NAPAVINE,

Defendant.

NO. 3:26-cv-5080

DEFENDANT'S NOTICE OF REMOVAL TO FEDERAL COURT UNDER 28 U.S.C. § 1441 (FEDERAL QUESTION)

PLEASE TAKE NOTICE that Defendant files this Notice of Removal pursuant to 28 U.S.C. §§ 1331, 1441, and 1446.

Defendant removes this case from the Superior Court for the County of Lewis, Washington, in which the case was commenced and pending, to the U.S. District Court for the Western District of Washington. In support of this removal, Defendant states as follows:

## PROCEDURAL HISTORY

1.    On January 8, 2026, Plaintiffs delivered copies of the summons and complaint to Defendant's place of business. A copy of Plaintiffs' Complaint is included herewith as **Exhibit**

DEFENDANT'S NOTICE OF REMOVAL TO FEDERAL COURT UNDER
28 U.S.C. § 1441 (FEDERAL QUESTION) - 1

**FLOYD | PFLUEGER**
KEARNS, NEDDERMAN & GRESS P.S.
3101 Western Avenue, Suite 400
Seattle, WA 98121-3017
206-441-4455

**1.** Plaintiff previously filed his Complaint in the Lewis County Superior Court. A copy of the Affidavit of Service of the Summons and Complaint is included herewith as **Exhibit 2**.

2. Plaintiffs' Complaint alleges that Defendant violated their federal and state constitutional rights. (*See* Compl. at Sec. III, First Cause of Action; Violation of 42 U.S.C. § 1983, pgs. 10-12).

3. On November 24, 2025, Plaintiffs filed their lawsuit in the Lewis County Superior Court for the State of Washington under Cause No. 25-2-01467-21.

4. Pursuant to 28 U.S.C. § 1446(b)(1), this removal was timely effected within 20 days of receiving notice of the Summons and Complaint upon Defendant.

## FEDERAL QUESTION JURISDICTION

5. This Court has original jurisdiction under 28 U.S.C. § 1331 because it concerns a civil action arising under the Constitution, laws, or treaties of the United States against Defendant and Defendant in good faith believes that the amount in controversy exceeds $75,000.00.

6. Plaintiff Jerry Nixon has alleged himself a resident of the State of Washington. (*See* Compl. at Sec I, Parties, Jurisdiction and Venue, pg. 1).

7. Plaintiffs' Complaint alleges that that they have "lost revenues and contracts totaling approximately $3,082,000.00", among other claims for damages, and therefore the amount in controversy exceeds $75,000.00. (*See* Compl. at Sec II, Facts Supporting All Claims, pg. 10).

8. Plaintiffs' Complaint alleges that his federal constitutional rights were violated, including 42 USC § 1983. (*See* Compl. at Sec. III, First Cause of Action; Violation of 42 U.S.C. § 1983, pgs. 10-12).

DEFENDANT'S NOTICE OF REMOVAL TO FEDERAL COURT UNDER
28 U.S.C. § 1441 (FEDERAL QUESTION) - 2

**FLOYD | PFLUEGER**
KEARNS, NEDDERMAN & GRESS P.S.
3101 Western Avenue, Suite 400
Seattle, WA 98121-3017
206-441-4455

9.      Accordingly, this Court has original jurisdiction over this action under the federal question statute, 28 U.S.C. § 1331.

## INTRADISTRICT ASSIGNMENT AND OTHER MATTERS

10.     Pursuant to Local Rules, removal to the Tacoma Division of the U.S. District Court for the Western District of Washington is appropriate because the original state court venue of Plaintiffs' action is Lewis County, and because the alleged claim arose in Lewis County.

11.     Defendant has filed or will file with the state court clerk a Notice of Filing Notice of Removal pursuant to 28 U.S.C. § 1446(d). A copy of that notice will be included with the full state court record pursuant to W.D. Wash. LCR 101(c).

12.     By filing this Notice of Removal, Defendants reserves the right to assert any defenses they may possess in this action, including but not limited to any defenses under Rule 12 of the Federal Rules of Civil Procedure.

WHEREFORE, the above-captioned action against Defendant is hereby removed to this Court under 28 U.S.C. §§ 1331, 1441 and 1446, and Defendant respectfully requests that all further proceedings in this Action be conducted in this Court as provided by law.

DATED this 28th day of January, 2026.

FLOYD | PFLUEGER
KEARNS, NEDDERMAN & GRESS, P.S.

By: _____
Thomas B. Nedderman, WSBA No. 28944
*Attorney for Defendant*

DEFENDANT'S NOTICE OF REMOVAL TO FEDERAL COURT UNDER
28 U.S.C. § 1441 (FEDERAL QUESTION) - 3

FLOYD | PFLUEGER
KEARNS, NEDDERMAN & GRESS P.S.
3101 Western Avenue, Suite 400
Seattle, WA 98121-3017
206-441-4455

DECLARATION OF SERVICE

Pursuant to RCW 9A.72.085, I declare under penalty of perjury and the laws of the State of Washington that on the below date, I delivered a true and correct copy of the foregoing via the method indicated below to the following parties:

| | | |
|---|---|---|
| Eowen S. Rosentrater<br>Eowen Rosentrater Attorneys<br>108 N Washington, Ste 402<br>Spokane, WA  99201<br>eowen@eowenlawoffice.com | *Counsel for Plaintiffs* | ☒ Via Email/E-Service<br>☐ Via U.S. Mail |

DATED this 28th day of January, 2026.

_s/ Erin Campbell_
Erin Campbell, Legal Assistant

DEFENDANT'S NOTICE OF REMOVAL TO FEDERAL COURT UNDER 28 U.S.C. § 1441 (FEDERAL QUESTION) - 4

FLOYD|PFLUEGER
KEARNS, NEDDERMAN & GRESS P.S.
3101 Western Avenue, Suite 400
Seattle, WA 98121-3017
206-441-4455